No. 3,916.—In re DANIEL J. McGINLEY'S ESTATE.

*Appeal from District of Ravalli County; Theodore Lentz, Judge.*

Decided November 1, 1916.

PER CURIAM.—On motion of respondents, Claud Hopkins and Earl Robbins, in the above-entitled cause, to dismiss the appeal herein, for failure on the part of appellant to file brief within the time allowed by subdivision 2 of Rule X of this court, it is ordered that the appeal be, and it is hereby, dismissed.

*Messrs. Johnson & Tucker,* for Appellant.

*Messrs. O'Hara & Madeen,* for Respondents.

———

No. 3,952.—STATE ex rel. ANDREW J. JOHNSON, Relator, *v.* DISTRICT COURT et al., Respondents.

Application for writ of review, directed to the District Court in and for Fergus County, and Roy E. Ayers, Judge thereof.

Decided November 13, 1916.

PER CURIAM.—Pursuant to the stipulation of the respective parties herein, respondents confessing error, the alternative writ heretofore issued is made absolute and the order complained of annulled.

*Messrs. Walsh, Nolan & Scallon,* and *Messrs. Mettler & Briscoe,* for Relator.

*Mr. O. W. McConnell,* for Respondents.